PROVIDED TO GULF CI MAILROOM
MAR 14 2023
INMATE'S INITIALS RAS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

RUSSELL A. STODDARD,

Inmate ID Number: V03964,

(*Write your full name and inmate ID number.*)

v.

SCOTT A. HEILIG,

LT. SMITH,

MAJOR MCGEE,

(*Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.*)

Case No.: 5:23cv84 TKW/MJP
(*To be filled in by the Clerk's Office*)

**Jury Trial Requested?**
☑ YES  ☐ NO

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: Russell A. Stoddard      ID Number: V039164

List all other names by which you have been known: _____

Current Institution: Gulf Correctional Institution

Address: 500 Ike Steele Road

Wewahitchka, Florida 32465

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *each and every* Defendant:

1. Defendant's Name: Scott A. Heeleg

   Official Position: Corrections Officer

   Employed at: Lake Butler Correctional Institution (West)

   Mailing Address: 8183 S.W. 152 Loop

   Lake Butler, Florida 32054

   ☑ Sued in Individual Capacity      ☐ Sued in Official Capacity

2. Defendant's Name: _LT. SMITH_

   Official Position: _LIEUTENANT_

   Employed at: _LAKE BUTLER CORRECTIONAL INSTITUTION (WEST)_

   Mailing Address: _8183 S.W. 152 LOOP_

   _LAKE BUTLER, FLORIDA 32054_

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

3. Defendant's Name: _MAJOR McGEE_

   Official Position: _MAJOR_

   Employed at: _LAKE BUTLER CORRECTIONAL INSTITUTION_

   Mailing Address: _8183 S.W. 152 LOOP_

   _LAKE BUTLER, FLORIDA 32054_

   ☑ Sued in Individual Capacity   ☐ Sued in Official Capacity

   (*Provide this information for all additional Defendants in this case by attaching additional pages, as needed.*)

## II. BASIS FOR JURISDICTION UNDER 28 U.S.C. § 1331 or § 1346

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate your confined status:

☐ Pretrial Detainee        ☐ Civilly Committed Detainee

☒ Convicted State Prisoner  ☐ Convicted Federal Prisoner

☐ Immigration Detainee     ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* showing why you are entitled to relief. Describe how *each* Defendant was involved and what each Defendant did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short, numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal arguments, quote cases, cite statutes, or reference a memorandum.*** You may make copies of page 6 if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. Exhibits attached to

the complaint will count as part of your page limitation. Therefore, do not attach irrelevant or unnecessary exhibits. Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.

1) The following incident occured at Lake Butler Correctional Institution West Unit. On April 6, 2020, I was transferred from Regional Medical Center (R.M.C.) Main (A.K.A Lake Butler), back to R.M.C. West after being released from confinement.

2) Upon my return I was advised by random prisoners that Officer Scott Heilig told them that "When he catches up with me, he was going to 'take me out the game.'"

3) Upon entering the dorm (E-2), I was approached by gang members telling me that Officer Heilig had put a contract on my head because of rumers that I was coming on to his girlfriend. Because I was known by the gang members, they said they were not going to accept the contract.

4) I approached Lt. Smith on April 7, 2020, and advised him that Officer Heilig put a contract out against me and that it would be smart to have me moved back to R.M.C. Main. Lt. Smith told me that there was no way this his officer would risk his career over me.

**Statement of Facts Continued** (*Page____of____*)

5) The following day, April 8, 2020, I recited the same story to Major McGee, who told me to just lay low and that he would take care of the problem.

6) On April 9, 2020, Officer Heilig walked into E-2, directly to my bunk and attacked me, punching me in my face and head for several minutes, yelling that "I was trying his girl." Officer Heilig then pulled his chemical agent, popped the cord and yelled for me to get on my knees. The Officer was prevented from spraying me by other inmates. After admonishing the inmates to keep their mouth's shut, Heilig then left the dorm.

7) Shortly thereafter, Lt. Smith came to E-2 and reviewed video footage. He apologized for what happened and told me he was going to report the incident to his superiors. About an hour later, six officers, led by Major McGhee, came and placed me in wrist restraints and walked me to confinement, all the while recording me on the use of force camera. During my preconfinement physical, I complained to medical that my throat and eye hurted.

8) Within an hour of being transported to R.M.C. Main, I was interviewed by Inspectors H. Harris and J. Bates. They advised me that they had reviewed the camera footage and that they would be prosecuting him.

9) I was held in confinement for four months in the infamous "K" Dorm, where I was denied medical treatment, showers, food and recreation.

10) I was given glasses in 2022 because it was evident that my left eye was damaged.

11) Officer Scott Heilig was arrested for striking me and another inmate, Christopher Mangiafico, and charged with two counts of Malicious Battery and falsifying an official public record.

12) To date, I still experience severe pain in my left eye. I have filed numerous grievances concerning the pain to no avail.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1) I assert and realledge all allegations asserted in paragraphs #1-12, as they constitute a violation of my Eigth Amendment Right to be free from Cruel and unusual punishment. This claim relates to the unprovoked abuse I suffered by Scott Heilig.

2) I assert and realledge all allegations asserted in paragraphs #1-12, as (see attached)

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

1) I seek nominal damages of $1.00 dollar and punitive damages in the amount of $100,000 dollars against Scott Heilig as his actions of severely beating me for nothing has caused me irreparable eye damage, severe headaches, and emotional trauma.       (see attached)

they constitute a violation of my Eigth Amendment Right to be protected from cruel and unusual punishment. This claim relates to Lt. Smith and Major McGee as they were diliberately indifferent to the threat in which they were advised of.

PG 7A Cont'd   (Relief Requested)

2) I seek nominal damages of $1.00 dollar and punitive damages in the amount of $50,000 dollars apiece against Lieutenant Smith and Major McGee, as they were deliberately indifferent to the threat from Heilig as they were aware that Heilig desired to do me harm. Because they refused to provide me protection, I now have irreporable eye damage, severe headaches and emotional trauma.

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available administrative remedies (*grievance procedures*) before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.* If the case is dismissed for failure to exhaust or for any reason, you will still be required to pay the full filing fee and the dismissal may count as a "strike" under 28 U.S.C. § 1915(g). Therefore, please consider whether you have fully exhausted your remedies before proceeding with this action.

## VIII. PRIOR LITIGATION

*This section requires you to identify your prior litigation history. Be advised that failure to disclose all prior state and federal cases—including, but not limited to civil cases, habeas cases, and appeals—may result in the dismissal of this case. You should err on the side of caution if you are uncertain whether a case should be identified.*

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while*

*incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you had any case in federal court, including federal appellate court, dismissed as frivolous, as malicious, for failure to state a claim, or prior to service?

☐ YES   ☒ NO

If "Yes," identify the case number, date of dismissal, and court for each case:

1. Date:_____ Case #: _____

   Court: _____

   Reason: _____

2. Date:_____ Case #: _____

   Court: _____

   Reason: _____

3. Date:_____ Case #: _____

   Court: _____

   Reason: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits or appeals in *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES ☑ NO

If "Yes," identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #:_____ Parties: _____

    Court:_____ Judge: _____

    Date Filed:_____ Dismissal Date *(if not pending)*: _____

    Reason: _____

2. Case #:_____ Parties: _____

    Court:_____ Judge: _____

    Date Filed:_____ Dismissal Date *(if not pending)*: _____

    Reason: _____

    *(If necessary, list additional cases on an attached page)*

C. Have you filed any other lawsuit, habeas corpus petition, or appeal in *state or federal court* either challenging your conviction or relating to the conditions of your confinement?.

☑ YES ☐ NO

If "Yes," identify all lawsuits, petitions and appeals:

1. Case #: 96-35275   Parties: STATE V. RUSSELL STODDARD

   Court: 7th JUDICIAL CIRCUIT   Judge: UNKNOWN

   Date Filed: 1-10-19   Dismissal Date (*if not pending*): UNKNOWN

   Reason: DENIED ON MERITS

2. Case #: UNKNOWN   Parties: RUSSELL V. STATE OF FLORIDA

   Court: US SUPREME COURT   Judge: _____

   Date Filed: Unknown   Dismissal Date (*if not pending*): Unknown

   Reason: CERTIORARI DENIED

3. Case #: _____   Parties: _____

   Court: _____   Judge: _____

   Date Filed: _____   Dismissal Date (*if not pending*): _____

   Reason: _____

4. Case #: _____   Parties: _____

   Court: _____   Judge: _____

   Date Filed: _____   Dismissal Date (*if not pending*): _____

   Reason: _____

5. Case #: _____   Parties: _____

   Court: _____   Judge: _____

   Date Filed: _____   Dismissal Date (*if not pending*): _____

   Reason: _____

6. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date (*if not pending*): _____

    Reason: _____

***(Attach additional pages as necessary to list all cases.)***

## IX. CERTIFICATION

1. I declare, under penalty of perjury, that all of the information stated above and included on or with this form, including my litigation history, is true and correct.

2. Additionally, as required by Federal Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non- frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

3. I understand it is my obligation to timely notify the Clerk's Office if there is any change to my mailing address and that my failure to do so may result in a dismissal of the action.

Date: 3-13-23    Plaintiff's Signature: Russell a Stoddard

Printed Name of Plaintiff: Russell A. Stoddard

Correctional Institution: Gulf Correctional Institution

Address: 500 Ike Steele Road

Wewahitchka, Florida 32465

I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in the prison's mail system for mailing on the 14TH day of March, 2023.

Signature of Incarcerated Plaintiff: Russell a Stoddard

R[...]
Gulf Corr. Inst.
500 IKE Steel Road
Wewahitchka, Fl. 32465

LEGAL MAIL

CHECKED MAR 24 2023

CLERK, U.S. District Court
401 S.E. First Ave
Room # 243
Gainsville, Florida
32601-6895